NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFGE LOCAL 1923,**
*Petitioner*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent*

---

2018-2394

---

Petition for review of an arbitrator's decision in No. BW-2018-E-0035 by Joshua M. Javits.

---

## JUDGMENT

---

THOMAS J. GAGLIARDO, Takoma Park, MD, argued for petitioner.

SONIA W. MURPHY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JOSEPH H. HUNT, ALLISON KIDD-MILLER, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>October 11, 2019</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |